# In the United States Court of Federal Claims

No. 16-587C
(Filed December 13, 2016)

```
* * * * * * * * * * * * * * * * *
                                *
FIRST PRIORITY LIFE             *
INSURANCE COMPANY, INC.         *
et al.,                         *
            Plaintiffs,         *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
            Defendant,          *
                                *
                                *
* * * * * * * * * * * * * * * * *
```

## ORDER

Oral argument on defendant's motion to dismiss the complaint shall be heard on **Tuesday, February 7, 2017** at **10:00 a.m.** at the Howard T. Markey National Courts Building, 717 Madison Place N.W., Washington D.C.

**IT IS SO ORDERED.**

                                                s/ Victor J. Wolski
                                                **VICTOR J. WOLSKI**
                                                Judge